Michael C. Yunker, appellee, v. Catherine Cordell, appellant. Gen. No. 31,007.
Action for value of services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed October 11, 1926.

Leslie H. Whipp, for appellant.    Walter J. Miller and Walter J. Wenger, for appellee.

Mr. Justice Matchett delivered the opinion of the court.